IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| J.H., a minor, by and through his mother, L.H., Plaintiffs, | CIVIL ACTION |
| v. | |
| ROSE TREE MEDIA SCHOOL DISTRICT, Defendant. | No. 17-4766 |

## ORDER

**AND NOW**, this **19th** day of **June**, **2018**, upon consideration of Plaintiffs' Motion for Leave to Supplement the Administrative Record and Defendant's response thereto, and for the reasons stated in the Court's Memorandum dated June 19, 2018, it is hereby **ORDERED** that the motion (Document No. 10) is **DENIED.**

BY THE COURT:

_____
**Berle M. Schiller, J.**