**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **J.H.,** | : | |
| **a minor, by and through his mother, L.H.,** | : | |
| **Plaintiffs,** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **ROSE TREE MEDIA** | : | |
| **SCHOOL DISTRICT,** | : | **No. 17-4766** |
| **Defendant.** | : | |

## ORDER

 **AND NOW**, this **17th** day of **September, 2018**, upon consideration of Plaintiffs' and Defendant's Motions for Judgment on the Administrative Record and the responses, and for the reasons stated in the Court's Memorandum dated September 17, 2018, it is **ORDERED** that:

1.    Plaintiffs' motion (Document No. 15) is **DENIED.**

2.    Defendant's motion (Document No. 14) is **GRANTED.**

3.    The Clerk of Court is directed to close this case.

 BY THE COURT:

 _____

 **Berle M. Schiller, J.**